JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAELA PADILLA<br><br>        Plaintiff,<br><br>   v.<br><br>US BANKCORP AS PARENT COMPANY to US BANK NATIONAL ASSOCIATION; FCI LENDER SERVICES, INC.; DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; and DOES 1-50, inclusive<br><br>        Defendant. | Case No. EDCV 09-02056 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: December 22, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge